United States District Court
Southern District of Texas
**ENTERED**
March 15, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ROBERT POWE, §
§
Plaintiff, §
§
v. § CIVIL ACTION NO. H-18-3923
§
WRIGHT NATIONAL FLOOD §
INSURANCE COMPANY, §
§
Defendant. §

**DOCKET CONTROL ORDER**

This case will be controlled by the following schedule.

**DEADLINES**

1. __NONE__    MOTIONS TO AMEND THE PLEADINGS

2. __NONE__    MOTIONS TO ADD NEW PARTIES  The attorney causing the addition of new parties will provide copies of this order and all orders previously entered in the case to new parties.

3. __NONE__    MOTION TO CERTIFY CLASS  The party seeking certification will file a motion and supporting memorandum by this date.

4. __September 27, 2019__  Identification of experts by the party with the burden of proof on the issue and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

5. __November 22, 2019__  Identification of responsive experts and production of experts' reports in the form required by Fed. R. Civ. P. 26(a)(2)(B).

6. __December 20, 2019__   COMPLETION OF DISCOVERY  Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.

7. __NOT Applicable__   LIMITS ON DISCOVERY
   _____
   _____
   _____.

8. __Applicable__   ~~MEDIATION or~~ SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE  Dispositive motions will be due thirty (30) days after the ~~mediator or~~ magistrate judge declares an impasse.

9. __See ¶8__   DISPOSITIVE MOTIONS

10. __January 3, 2020__   ALL OTHER PRETRIAL MOTIONS INCLUDING MOTIONS IN LIMINE

11. __February 7, 2020__   JOINT PRETRIAL ORDER  Plaintiff is responsible for timely filing the __complete__ __joint__ pretrial order.  The court will not accept separate versions of the pretrial order.

12. __February 19, 2020__
    3:00 P.M.
    DOCKET CALL  No instrument filed within seven days of docket call will be considered.  All pending motions may be ruled on at docket call, and the case will be set for trial if the complete joint pretrial order has been filed.

__3/15/2019__
DATE

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE