UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT POWE,**<br>    *Plaintiff,*<br><br>v.<br><br>**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**<br>    *Defendants.* | Civil Action No.: **4:18-cv-03923** |

**RE:** *Powe v. Wright National Flood Insurance Company*, 4:18-cv-03923, Agreed Plaintiffs and Defendant's Request to Refer Case to Mediation With United States Magistrate Judge Andrew Edison

Dear Judge Lake:

The parties to the above-referenced civil case are interested in participating in a settlement conference. Accordingly, the parties request that the Court refer this case to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

**Law Office of Shane McClelland**

By: */s/ Shane McClelland*
Shane McClelland
State Bar No. 24046383
Southern District Bar No. 642324
*Attorney-in-Charge for Plaintiffs*
440 Cobia Drive, Ste. 101
Katy, Texas 77494
Phone: (713) 987-7107
Fax: (832) 827-4207
Email: Shane@hmtrial.com

*/s/ Alexander S. de Witt*
Alexander S. de Witt

Virginia State Bar No. 42708
Federal I.D. No. 3087027
FREEBORN & PETERS LLP
901 East Byrd Street, Suite 950
Richmond, VA 23219
Telephone:    (804) 644-1300
Facsimile:    (804) 644-1354
E-mail: adewitt@freeborn.com

Bradley K. Jones
Texas State Bar No. 24060041
Federal ID No. 931122
BAKER & HOSTETLER, LLP
811 Main Street, Suite 1100
Houston, Texas 77002
Telephone:    (713) 751-1600
Facsimile:    (713) 751-1717
E-mail:  bkjones@bakerlaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ROBERT POWE,**<br>　　　*Plaintiff,*<br><br>v.<br><br>**WRIGHT NATIONAL FLOOD INSURANCE COMPANY,**<br>　　　*Defendants.* | Civil Action No.: **4:18-cv-03923** |

## **ORDER**

Plaintiff and Defendant have requested that this matter be referred for a settlement conference with United States Magistrate Judge Andrew M. Edison. Accordingly, this case is referred to United States Magistrate Judge Andrew M. Edison for purposes of mediation only.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge